IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES D. JENKINS,

      Plaintiff,                                         JUDGMENT IN A CIVIL CASE

   v.                                        Case No.  13-cv-285-jdp

C/O II WIEGEL,

      Defendant.

      This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Keith Wiegel granting his motion for summary judgment.

/s/                                                 August 28, 2014

Peter Oppeneer, Clerk of Court                    Date